BOARD OF TRANSPORTATION v. PIERCE
    No. 55 PC
    Case below: 48 NC App 618
    Petition by defendants Pierce for discretionary review under
G.S. 7A-31 denied 2 December 1980.

CAMBY v. RAILWAY CO.
    No. 66 PC
    Case below: 48 NC App 668
    Petition by defendants for discretionary review under G.S. 7A-
31 denied 2 December 1980.

CONDOMINIUM ASSOC. v. SCHOLZ CO.
    No. 29 PC
    Case below: 47 NC App 518
    Petition by third party plaintiff Cooler for discretionary review
under G.S. 7A-31 denied 2 December 1980.

CUMBERLAND COUNTY v. EASTERN FEDERAL CORP.
    No. 32 PC
    Case below: 48 NC App 518
    Petition by defendants for discretionary review under G.S. 7A-
31 denied 2 December 1980.

ELLER v. PORTER-HAYDEN CO.
    No. 64 PC
    Case below: 48 NC App 508
    Petition by plaintiff for discretionary review under G.S. 7A-31
denied 2 December 1980.

GUARANTY ASSOC. v. ASSURANCE CO.
    No. 60 PC
    Case below: 48 NC App 508
    Petition by defendant for discretionary review under G.S. 7A-
31 denied 2 December 1980. Motion of plaintiff to dismiss appeal for
lack of substantial constitutional question allowed 2 December
1980.